USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

CYRENE MARITIME CO. LTD.,

               Plaintiff,

   -against-

PANCOAST TRADING SA,

               Defendant.
-------------------------------------------------------------------x

09 Civ. 1378 (SHS)
ORDER

SIDNEY H. STEIN, U.S. District Judge.

    In light of the holding of the U.S. Court of Appeals for the Second Circuit in *Shipping Corp. of India Ltd. v. Jaldhi Overseas Pte Ltd.*, --- F.3d ----, 2009 WL 3319675 (2d Cir. Oct. 16, 2009) and because plaintiff attached funds in this action solely on the allegation that electronic funds transfers, rather than any other property, were likely to be found in this district, plaintiff is hereby ordered to show cause on or before November 18, 2009 why the Order of Maritime Attachment and Garnishment dated February 17, 2009 should not be vacated and any funds attached pursuant to that Order released.

Dated: New York, New York
         November 4, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.